UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN D. DAY,<br><br>Defendant. | 9:23-PO-05019-KLD<br>Violation : F5443579<br><br>9:23-PO-05055-KLD<br>Violation : F5443590<br><br>Location Code: M10<br><br>JUDGMENT IN A CRIMINAL CASE |

On December 7, 2023 Defendant entered a plea of guilty to the charges of (1) camping for a period of over the 16 day limit in violation of 36 C.F.R. 261.58(a) as set forth in Violation F5443579; and (2) camping in excess of the maximum stay limit of 32 days in violation of 36 C.F.R. 261.58(a) as set forth in Violation F5443590.

As discussed at the hearing, the Court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

Defendant must pay a fine in the amount of $75 plus a $10 Special Assessment and $30 Processing Fee for each Violation Notice, resulting in a total amount due of $230. Defendant has already made a $25 payment on Violation F5443579, and a $20 payment on Violation F5443590. Taking these payments in to account, the total remaining amount due for both Violations is $185.

Defendant shall pay the $185 due in five monthly installments of $35 each, and a final monthly payment of $10. Defendant's first payment is due on or before

February 5, 2024 and all subsequent payments are due on or before the 5th day of each month thereafter. Defendant must pay by check or money order payable to "U.S. COURTS — CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278. Alternatively, Defendant may pay online at www.cvb.uscourts.gov. Additionally,

**IT IS ORDERED** that the arrest warrant issued in 9:23-PO-5019-KLD (Doc. 7) is hereby **QUASHED**.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto. If Defendant appeals, Defendant will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing the appeal. Defendant also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

DATED this 7th day of December, 2023.

Kathleen L. DeSoto
United States Magistrate Judge